| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 09/21/2021 |

FELICIANO MARTINEZ,

                Plaintiff,

      v.

CGP ENTERPRISES, INC., d/b/a VILLAGE TAVERNA, PETER KAROUNOS, GEORGE KAROUNOS, JOHN DOES 1-5,

                Defendants.

No. 21-CV-4333 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      This action was filed on May 13, 2021—more than 130 days ago. Nothing has been filed since, and the complaint and summons have apparently not been served. "The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed R. Civ. P. 4(c)(1). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiff is hereby ordered to complete service or to submit proof of service on the docket before October 21, 2021. Failure to do so will result in dismissal of the action.

SO ORDERED.

Dated:    September 21, 2021
             New York, New York

                                                                 Ronnie Abrams
                                                                  United States District Judge